﻿Citation Nr: AXXXXXXXX
Decision Date: 11/27/19 Archive Date: 11/27/19

DOCKET NO. 191108-43299
DATE: November 27, 2019

REMANDED

Entitlement to service connection for pulmonary fibrosis, to include as due to atrial fibrillation, is remanded.

Entitlement to a total disability rating based on individual unemployability due to service-connected disability (TDIU) is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the U.S. Navy from July 1957 to July 1987.

The Veteran’s claims were most recently before the Board in May 2018 wherein the above claims were remanded for further development. 

After this development was attempted, the agency of original jurisdiction (AOJ) issued a supplemental statement of the case in October 2019, at which time the Veteran opted in to the Appeals Modernization Act (AMA) review system, selecting the Direct Review lane.

1. Entitlement to service connection for pulmonary fibrosis, to include as due to atrial fibrillation, is remanded.

The Board remanded the Veteran’s claims in May 2018 to get updated medical records and to obtain a medical opinion. At that time, the Veteran contended that, in essence, his service-connected heart disease, diabetes mellitus, and/or sleep apnea caused or contributed to the development of atrial fibrillation/arrhythmia; and that his treatment for atrial fibrillation/arrhythmia with large doses of Amiodarone caused his pulmonary fibrosis. As of the date of that remand, the Veteran was not service-connected for atrial fibrillation. However, in September 2019, the Board granted service connection for atrial fibrillation.

In September 2019, given the clarification of the Veteran’s service-connected conditions, the following medical opinion was requested: “is the Veteran’s pulmonary fibrosis at least as likely as not 1) proximately due to; 2) the result of; or 3) aggravated beyond its natural progression by his/her service-connected atrial fibrillation and/or medication prescribed for it (Amiodarone)?”

In answering the question, the clinician answered the “proximately due to or the result of” portion of the question; however, the professional did not correctly address the “aggravation” portion of the question. Instead of answering a question about aggravation from medication, the professional answered a question about whether the condition pre-existed, and was aggravated by, military service. 

In cases in which a Veteran opts into the modernized review system at the time of a statement of the case (SOC) or supplemental statement of the case (SSOC), that decisional document is considered the modernized decision for purposes of determining the evidentiary window under the AMA. Thus, in this case, the decision at which point the evidentiary window closes for direct review by the Board is the October 2019 supplemental statement of the case. 

The Board finds that there is a pre-decisional duty to assist error (one that occurred prior to the October 2019 SSOC). Specifically, the record raises a secondary service connection claim based, and such claims require medical opinions on both causation and aggravation. The aggravation opinion was given in the context of a pre-existing condition, rather than a service-connected condition aggravating a non-service-connected condition; therefore, a remand is warranted to obtain an opinion employing the correct standard. 

2. Entitlement to a TDIU is remanded.

The Veteran seeks a total disability rating based on individual unemployability. TDIU is granted when there is a finding that his service-connected disabilities make him unable to obtain or maintain substantially gainful employment. In the AOJ’s October 2019 determination, only one of the Veteran’s service-connected disabilities is considered. It is a duty to assist error to not consider all of the Veteran’s service-connected disabilities in making the determination. 

The matters are REMANDED for the following action:

1. Obtain an addendum opinion from an appropriate clinician regarding whether the Veteran’s pulmonary fibrosis is at least as likely as not aggravated beyond its natural progression by his service-connected atrial fibrillation and/or medication prescribed for it (Amiodarone)? Note that aggravation means any incremental increase in disability in non-service-connected disabilities (i.e., any additional impairment of earning capacity) resulting from service-connected conditions. 

The examiner is asked to provide the underlying reasons for all opinions expressed, and is reminded that the term "as likely as not" does not mean "within the realm of medical possibility," but rather that the evidence of record is so evenly divided that, in the examiner's expert opinion, it is as medically sound to find in favor of the proposition as against it.

2. After the development has been completed, readjudicate the issues of entitlement to service connection for pulmonary fibrosis and entitlement to a TDIU considering all of the Veteran’s service-connected disabilities.

 

 

Bethany L. Buck

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board I. M. Hitchcock

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.